UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:08CV32-J

EDWARD McCLASKEY     PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security     DEFENDANT

## MEMORANDUM OPINION AND ORDER

Plaintiff Edward McClaskey seeks Disability Insurance and Supplemental Security Income Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report arguing that: 1) the Administrative Law Judge erred in assessing his credibility; and 2) the ALJ erroneously rejected the disabling opinions of Dr. Fouty. Each of these issues is thoroughly addressed in the Magistrate's Report and Recommendation, and further analysis by this Court is unnecessary.

In summary, this Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.